# UNITED STATES DISTRICT COURT

## for the

## District of Delaware

Notice of Special restricted Appearance Rapha El Express Trust. Beneficial Owner, 1st Lien Holder of ALI BEY, NASEER d/b/a NASEER ALI-BEY (c)(R) TM

<u>Naseer Ali-Bey</u>        ) Case no. 23-1387
**Plaintiff**              )
                           )
V                          )
                           )
                           )
<u>Cain, M/CPL C</u>        )
**Defendant**

RE: <u>Federal Civil Complaint for Violations of</u> 18 U.S.C. 241 Conspiracy against rights, 18 U.S.C. 242 Deprivation of rights under color of law, under 42 U.S.C. § 1983 Civil action for deprivation of rights.

**Jury Trial is Hereby Demanded**

**Parties to this Complaint**

1. <u>**Plaintiff**</u>

    Naseer Ali-Bey

    926 Eighth Street Newark, Delaware [19711]

    ali.bey.naseer1026@gmail.com

    (302)553-9958

## 2. **Defendant**

Cain, M/CPL C

Wilmington Police Department

300 N Walnut Street

Wilmington DE 19801

I, the Plaintiff named in the matter referenced above, bring this civil action seeking redress for violations of rights protected by the Constitution as provided under 42 U.S.C. § 1983. This complaint is submitted to the United States District Court for the District of Delaware.

## **JURISDICTION AND VENUE**

**3.** This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, which grants federal jurisdiction over claims arising under federal law.

**4.** Venue is proper in this district because the alleged incidents giving rise to the causes of action occurred within this district.

Take Judicial Notice of:

U.S. Constitution 4th Amendment and

Article 1 Bill of Rights Section 6 of the State of Delaware Constitution of 1897 as Amended

## **FACTUAL ALLEGATIONS**

5. On or about May 26, 2022 at approximately 10/11 a.m., I was subjected to the deprivation of rights by the Defendant.   (See Exhibit A.)

6. The Defendant, acting under color of law, disregarded my constitutional rights as protected under the Fourth Amendment, (Article 1 Bill of Rights Section 6 of the State of Delaware Constitution of 1897 as Amended) (see Exhibit B.)

7. The Defendant's actions included unlawfully entering   unit#203   at 320 E. 5th Street,Wilmington,Delaware 19801/rented to the Plaintiff, while Plaintiff was Not there. Defendant and several members of the Defendants Department,resurrected an army against Plaintiff and lay and wait for Plaintiff to return, and ambushed Plaintiff as Plaintiff exited the elevator with his family.

8. Plaintiff asked to see a warrant as he is guaranteed the right by the U.S. Constitution as well as the State of Delaware Constitution of 1897 as Amended. The Defendant failed to produce ANY warrant of ANY kind.

9. These actions resulted in the infringement of my rights protected by the constitution, including but not limited to deprivation of rights, false arrest, false imprisonment, violation of due process, aggravated sexual assault/frisking Plaintiff while armed with a firearm,with no warrant or authority to do so.

10. I suffered significant harm, including emotional distress, loss of reputation, and financial hardships, as a direct result of the Defendant's actions.

CAUSES OF ACTION

10. Violation of 18 usc 241, and 18 usc 242:

   The Defendant, acting under color of law, violated my rights protected under the Fourth Amendment by unlawfully arresting me without probable cause or a lawful warrant. This constitutes a violation of 18 usc 241, and 18 usc 242.

11. False Arrest:

   The Defendant deprived Plaintiff of liberty falsely and wrongfully arrested Plaintiff, causing Plaintiff harm and depriving Plaintiff of liberty without lawful justification.   (See Exhibit A.) (Exhibit C.)

PRAYER FOR RELIEF

WHEREFORE, I respectfully request that this Honorable Court grant the following relief:

1. Declare the Defendant's actions as unconstitutional and in violation of 18 usc 241 and 18 usc 242.

2. Award compensatory damages for the harm suffered, including but not limited to emotional distress, loss of reputation, and financial hardships.

2. Award general damages in the amount of $40,000

4. Award punitive damages in the amount of $80,000 as deemed appropriate by this Honorable Court as a deterrent against similar actions in the future.

5. Provide any other relief that this Honorable Court deems just and appropriate.

## CERTIFICATION

I certify that the information provided herein is true and correct to the best of my knowledge, belief, and understanding.

Signature _____

Naseer Ali-Bey

Dated: December 5, 2023