IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

NASEER ALI-BEY, :
:
        Plaintiff, :
:
    v. : Civ. No. 23-1387-RGA
:
CAIN, M/CPL C, :
:
        Defendant. :

**ORDER**

At Wilmington this 31st day of July, 2024,

IT IS HEREBY ORDERED that:

1. On June 20, 2024, an Order was entered that dismissed the Complaint and gave Plaintiff leave to file an amended complaint on or before July 19, 2024. (D.I. 9). Plaintiff was warned that failure to timely file an amended complaint would result in the case being closed.

2. The time has passed, and Plaintiff failed to file an amended complaint.

3. The case is **DISMISSED** and the Clerk of Court is directed to **CLOSE** the case.

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE